# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA CIAMPA | CASE NUMBER |
| Plaintiff(s) | ~~24-cv-02556~~ |
| v. | SA CV 24-02556-DOC |
| ERIC HOWARD NICHOLS | ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [38] |
| Defendant(s) | |

☒  The Court hereby orders that the request of:

Eric Howard Nichols                    ☐ Plaintiff  ☒ Defendant  ☐Other _____
_____
*Name of Party*

☒ to substitute Brett Berman _____ who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

301 N Canon Drive, Suite 300
_____

Beverly Hills, CA 90210            *Street Address*        brett@moderberman.com
_____                                _____
*City, State, Zip*                                        *E-Mail Address*

424.440.2444                                               231490
_____          _____      _____
*Telephone Number*                  *Fax Number*            *State Bar Number*

as attorney of record instead of Anthony Joseph; Erin Masters; Hailey McGillivrary
_____
                                   *List all attorneys from same firm or agency who are withdrawing.*

David Baumgarten of Yale and Bumgarten LLP
_____

Nathaniel Morris Brodnax
_____

**is hereby** ☒ **GRANTED**  ☐ **DENIED**

☒  The Court hereby orders that the request of | Anthony Joseph; Erin Masters; Hailey McGillivrary |
                                                *List all attorneys from same firm or agency who are withdrawing.*

| David Baumgarten of Yale and Baumgarten LLP and Nathaniel Morris Brodnax of Victorem Law Group |

to withdraw as attorney of record for | Eric Howard Nichols |

**is hereby** ☒ **GRANTED**  ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/
substituting attorney(s) in this case.

Dated _January 21, 2025_            _David O. Carter_
                                    U. S. District Judge/~~U.S. Magistrate Judge~~

G–01 ORDER (02/24)        ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY