DAVID DWORAKOWSKI, CFLS, CALS (SBN: 135285)
STEPHANE QUINN, CFLS (SBN: 278188)
**QUINN & DWORAKOWSKI, LLP**
2050 Main Street, 6th Floor, Suite 600
Irvine, California   92614
Telephone: (949) 660-1400

*Attorneys for Petitioner CLAUDIA CIAMPA*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DISTRICT

| | |
|---|---|
| CLAUDIA CIAMPA.<br><br>*Petitioner,*<br><br>vs.<br><br>ERIC HOWARD NICHOLS,<br><br>*Respondent.* | CASE NO.: 8:24-cv-02556-DOC-ADS<br><br>**PETITIONER'S EXHIBIT LIST**<br><br>HON. DAVID O. CARTER<br>TRIAL DATE: FEBRUARY 3, 2025<br>Time: 1:00 p.m.<br>Date Action Filed: November 21, 2024 |

**TO THE COURT, RESPONDENT, AND RESPONDENT'S COUNSEL OF RECORD:**

Petitioner, CLAUDIA CIAMPA, by and through undersigned counsel, hereby submits her list of exhibits she intends to introduce at trial in this case. Petitioner reserves the right to supplement her exhibit list prior to trial as well as for purposes of impeachment and/or rebuttal.

| EX. # | ADMITTED | IDENTIFIED | DESCRIPTION |
|---|---|---|---|
| 1. | | | Hague Petition filed in the Orange County Superior Court on October 24, 2024. |
| 2. | | | Petitioner's Declaration and Offer of Proof for Prima Facie Case for Return filed on January 20, 2025. |
| 3. | | | Respondent's Declaration in support of Hague Brief filed January 20, 2025. |
| 4. | | | Respondent's Declaration in support of his Ex Parte Application filed January 30, 2025. |
| 5. | | | Email dated January 24, 2024, from Luigi Porzio to Petitioner granting permission to take the minor children from Italy to Kentucky. |
| 6. | | | Ethan Joseph Nichols' Italian Certificate of Birth, Citizenship, Residence, and Family Status dated May 9, 2024. |
| 7. | | | Ethan's Italian National Health Service Registration Certificate. |
| 8. | | | Boone County Student Enrollment Form dated January 11, 2024. |
| 9. | | | WhatsApp messages between Petitioner and Respondent on April 3, 2023. |
| 10. | | | WhatsApp messages between Petitioner and Respondent on June 24, 2023. |
| 11. | | | WhatsApp messages between Petitioner and Respondent on July 25, 2023. |
| 12. | | | WhatsApp messages between Petitioner and Respondent on July 27, 2023. |
| 13. | | | WhatsApp messages between Petitioner and Respondent on October 10, 2023. |

| | | | |
|---|---|---|---|
| **14.** | | | WhatsApp messages between Petitioner and Respondent on January 12, 2024. |
| **15.** | | | WhatsApp messages between Petitioner and Respondent on April 19, 2024. |
| **16.** | | | WhatsApp messages between Petitioner and Respondent on July 22, 2024. |
| **17.** | | | WhatsApp messages between Petitioner and Respondent from August 30, 2024, through September 8, 2024. |
| **18.** | | | August 8, 2024, Italian Police Report with certified English translation. |
| **19.** | | | September 12, 2024, Italian Police Report with certified English translation. |
| **20.** | | | Letter from the Italian Minister of Justice to the U.S. State Department dated September 24, 2024. |
| **21.** | | | WhatsApp messages between Petitioner and Respondent on November 17, 2024. |
| **22.** | | | Reserved |
| **23.** | | | Reserved |

Date: February 1, 2025           *Respectfully Submitted*,


                                 QUINN & DWORAKOWSKI LLP.


                                  /s/ Stephane Quinn
                                 STEPHANE QUINN
                                 *Certified Family Law Specialist*
                                 *Counsel for Petitioner-Mother*

**PROOF OF SERVICE**

Case Name: *Ciampa v. Nichols*

USDC Case No. 24-CV-2556-DOC-ADS

 I, the undersigned, am over the age of eighteen years and am a resident of Orange County, California; I am not a party to the above-entitled action; my business address is 2050 Main Street, Suite 600, Irvine, CA 92614.

 On February 1, 2025, I electronically submitted for filing PETITIONER'S EXHIBIT LIST with the Clerk of the Court using the District Court's online filing service.

 On February 1, 2025, I served, via the Court's online service, a true and correct copy of the PETITIONER'S EXHIBIT LIST on the following interested parties by electronic mail:

David W. Baumgarten, Esq.
Yale & Baumgarten, LLP.
Attorneys for Respondent/Father
1450 Frazee Rd. Ste. 403
San Diego, CA 92108
baum@yblaw.com

 I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st of February 2025, at Irvine, California.

            /s/Stephane Quinn

            Stephane Quinn *CFLS*