Brett A. Berman, Esq. [SBN 231490]
brett@moderberman.com
MODER BERMAN LLP
301 North Canon Drive, Suite #300
Beverly Hills, California 90210
(424) 440-2444

Attorneys for Respondent,
ERIC HOWARD NICHOLS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CLAUDIA CIAMPA, | Case No.:8:24-cv-02556-DOC- ADS |
| Petitioner | **RESPONDENT'S AMENDED EXHIBIT LIST** |
| - and - | |
| ERIC HOWARD NICHOLS, | Trial: February 3, 2025<br>Time: 1:00 p.m.<br>Courtroom: 10 A |
| Respondent. | |

TO PETITIONER, CLAUDIA CIAMPA, AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Respondent, ERIC HOWARD NICHOLS, submits the following list of exhibits he intends to present in the above-entitled matter. Respondent reserves the right to supplement this exhibit list for the purpose of impeachment, rebuttal, and otherwise.

//

| No. of Exhibit | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| A. | January 20, 2025 Petitioner's Declaration and Offer of Proof for Prima Facie Case for Return | | |
| B. | 2023 -2024 Boone County Student Enrollment Information | | |
| C. | January 20, 2025 Declaration of Eric Nichols in support of Hague Brief | | |
| D. | August 5, 2024 – January 15, 2025 WhatsApp messages and emails between Eric, Anthony and Erin regarding custody of Ethan | | |
| E. | January 15, 2025 Order Denying Petitioner's Motion to Remand | | |
| F. | Masters Law Group Website | | |
| G. | April 3, 2023 Eric's WhatsApp messages with Claudia regarding better life in America | | |
| H. | 2023-2024 House Photos in America | | |
| I. | February 18, 2023 – August 2, 2024 Google Search History Homes, Jobs, Work Permits, and Visas | | |
| J. | 2023-2024 Salary in USA | | |
| K. | June 24, 2023 Eric's WhatsApp messages with | | |

- 3 –

| | | | |
|---|---|---|---|
| | Claudia regarding better life in America | | |
| L. | July 25, 2023 Eric's WhatsApp messages with Claudia regarding opportunities in America | | |
| M. | July 27, 2023 Eric's WhatsApp messages with Claudia regarding working on America | | |
| N. | October 10, 2023 Eric's WhatsApp messages with Claudia regarding Ethan investment accounts and American jobs | | |
| O. | January 12, 2024 Eric's WhatsApp messages with Claudia regarding hospital and delivery | | |
| P. | Ethan's Birth Certificate and Social Security Card | | |
| Q. | April 19, 2024 Eric's WhatsApp messages with Claudia regarding vaccines | | |
| R. | July 4, 2019 Eric's Facebook messages with Claudia regarding still being alive | | |
| S. | July 22, 2024 Eric's WhatsApp messages with Claudia regarding suicide | | |
| T. | August 5, 2024 Claudia swatting phone out Eric's hand | | |
| U. | November 17, 2024 WhatsApp message regarding Claudia's anger now under control | | |
| V. | January 8, 2025 Eric's meeting with Lawyer and | | |

- 3 –
RESPONDENT'S AMENDED EXHIBIT LIST

|     |     |     |     |
| --- | --- | --- | --- |
|     | Italian Lawsuit (English) |     |     |
| W.  | October 24, 2024 Petition for Hague Convention - conf |     |     |
| X.  | July 25, 2024 - October 5, 2024 WhatsApp Chat Between Marianne and Claudia |     |     |
| Y.  | September 27, 2024 WhatsApp text with Anthony regarding Voluntary Return Letter |     |     |
| Z.  | September 27, 2024 Voluntary Return Letter |     |     |
| AA. | January 7, 2023 Eric's WhatsApp Messages with Claudia regarding her Family Law Atty Barbara Riccio |     |     |
| BB. | May 15, 2023 Eric's WhatsApp messages Claudia says LET'S GO! |     |     |
| CC. | June 24, 2023 Eric's WhatsApp messages with Claudia regarding Job in America and salary in USA |     |     |
| DD. | September 10, 2023 Eric's WhatsApp messages with Claudia regarding go to California in September |     |     |
| EE. | December 14, 2023 Eric's WhatsApp messages with Claudia regarding appointment with Immigration Lawyer |     |     |
| FF. | July 1, 2024 Eric's WhatsApp messages with Claudia regarding Maybe One Day moving to America |     |     |

| | | | | |
|---|---|---|---|---|
| GG. | August 1, 2024 Eric's WhatsApp Messages with Claudia regarding Move to California maybe Christmas time | | | |
| HH. | August 5, 2024 – October 2, 2024 WhatsApp messages between Eric, Anthony Joseph and Erin Masters | | | |
| II. | November 26, 2024 – January 9, 2025 Eric's emails with Anthony Joseph and Erin Masters | | | |
| JJ. | December 2, 2024 – December 17, 2024 Texts of Eric asking Anthony Joseph about reaching out to Claudia's lawyer and visitation with Ethan. | | | |

Dated: February 1, 2025          MODER BERMAN LLP

By: _/s/ Brett A. Berman, CFLS_____
Brett A. Berman, Esq.
Attorneys for Respondent,
ERIC HOWARD NICHOLS

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 301 North Canon Drive, Suite 300, Beverly Hills, CA 90210.

On February 1, 2025, I served the document described as: **RESPONDENT'S AMENDED EXHIBIT LIST** on the interested party(ies) in this action at the following address, fax number, or email address:

David Dworakowski, CFLS
Stephane Quinn, CFLS
Quinn & Dworakowski, LLP
2050 Main Street, 6th floor, Suite 600
Irvine, California 92614
quinn@quinnanddworakowski.com
david@quinnanddworakowski.com

Tamara Jacobs
Orange County District Attorney
P.O. Box 808
Santa Ana, CA 92702
tammy.jacobs@ocdapa.org

☐ (BY MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of party served, service is presumed invalid of postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

XX (BY EMAIL) I caused the documents to be sent to the persons at the email addresses listed above. I did not receive, within a reasonable time

after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 1, 2025 at Beverly Hills, California.

/s/ Sonrisa Jones
_____
Sonrisa Jones